IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES MARABLE and KIM MARABLE, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Case No. 3:12-cv-818 |
| v. | * | |
| | * | JURY DEMAND |
| Q CARRIERS, INC. and | * | |
| MANSON T. WILLIAMS | * | Judge Sharp |
| | * | Magistrate Judge Knowles |
| Defendants. | * | |
| | * | |
| *and* | * | |
| | * | |
| STATE FARM MUTUAL AUTOMOBILE | * | |
| INSURANCE COMPANY a/s/o JAMES W. | * | |
| AND KIM MARABLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MANSON T. WILLIAMS and SUMMIT | * | |
| EQUIPMENT LEASING, LLC, | * | |
| | * | |
| Defendants. | * | |

NOTICE TO TAKE VIDEOTAPE DEPOSITION <u>DUCES</u> <u>TECUM</u> OF
DEFENDANT Q CARRIERS, INC. AND/OR SUMMIT EQUIPMENT LEASING, LLC'S
RULE 30(b)(6) DESGINEE(S) REGARDING DRIVER TRAINING, OPERATIONAL
SAFETY, AND INVESTIGATION OF ACCIDENTS

To:    Clarence Risin, Esq.
       V. Austin Shaver, Esq.
       Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
       211 Commerce Street, Suite 800
       Nashville, TN 37201

       Samuel A. Baron, Esquire
       Law Office of Samuel A. Baron
       1109 17th Avenue, S
       Nashville, TN 37212

1

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs' counsel will take the video deposition of Defendant Q Carriers, Inc. and/or Summit Equipment Leasing, LLC's Rule 30(b)(6) Designee(s) who is(are) to testify on behalf of said Defendants regarding the following matters:

(1) Driver training;

(2) Operational safety; and

(3) Investigation of accidents.

Said deposition(s) shall be taken before a qualified court reporter at the offices of Scott County Justice Center, Room GC-102, 200 4th Avenue W., Shakopee, Minnesota 55379 on Wednesday, August 14, 2013 at 9:00 a.m. CDT.

The Deponent(s) is(are) to bring with them to their deposition the documents and things identified in Exhibit A which is attached hereto.

This deposition will be conducted upon oral examination before a court reporter and will be videotaped. This oral examination will continue from day to day until completed.

You are invited to attend and examine.

>Respectfully submitted,
>LAW OFFICES OF MORGAN G. ADAMS
>
>BY: /S/MORGAN G. ADAMS
>    MORGAN G. ADAMS, BPR #013693
>    ATTORNEYS FOR PLAINTIFFS
>    1419 Market Street
>    Chattanooga, TN  37402
>    Telephone:   423-265-2020
>    Fax:         423-265-2025

2

CERTIFICATE OF SERVICE

       I certify that a true and exact copy of the foregoing has been served upon the following persons via the electronic filing system or U.S. Mail, postage prepaid, on this 27th day of June, 2013:

Clarence Risin, Esq.
V. Austin Shaver, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 190613
Nashville, TN  37219

Samuel A. Baron, Esquire
Law Office of Samuel A. Baron
1109 17th Avenue, S
Nashville, TN  37212

Chaser Court Reporting
5841 190th Street East
Minneapolis, MN  55372

                                            /S/MORGAN G. ADAMS

JWC.c.Notice to Take Videotaped deposition of Designee.Marable.6.20.13.Rev.6.26.13.6.27.13

3