IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES MARABLE and KIM MARABLE, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Case No. 3:12-cv-818 |
| v. | * | |
| | * | JURY DEMAND |
| Q CARRIERS, INC. and | * | |
| MANSON T. WILLIAMS | * | Judge Sharp |
| | * | Magistrate Judge Knowles |
| Defendants. | * | |
| | * | |
| *and* | * | |
| | * | |
| STATE FARM MUTUAL AUTOMOBILE | * | |
| INSURANCE COMPANY a/s/o JAMES W. | * | |
| AND KIM MARABLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MANSON T. WILLIAMS and SUMMIT | * | |
| EQUIPMENT LEASING, LLC, | * | |
| | * | |
| Defendants. | * | |

NOTICE TO TAKE VIDEOTAPE DEPOSITION OF MANSON T. WILLIAMS

To: Clarence Risin, Esq.
V. Austin Shaver, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201

Samuel A. Baron, Esquire
Law Office of Samuel A. Baron
1109 17th Avenue, S
Nashville, TN 37212

1

Please take notice that pursuant to Rule 30.02 of the Federal Rules of Civil Procedure, Plaintiffs' counsel will take the video deposition of Defendant Manson T. Williams before a qualified court reporter at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, 3414 Peachtree Road, N.E., Suite 1600, Atlanta, Georgia 30326 beginning at 9:00 a.m. (EST) on Wednesday, August 21, 2013.

This deposition will be conducted upon oral examination before a court reporter and will be videotaped. This oral examination will continue from day to day until completed.

You are invited to attend and examine.

Respectfully submitted,
LAW OFFICES OF MORGAN G. ADAMS

BY: /S/MORGAN G. ADAMS
     MORGAN G. ADAMS, BPR#013693
     ATTORNEYS FOR PLAINTIFFS
     1419 Market Street
     Chattanooga, TN  37402
     Telephone:    423-265-2020
     Fax:               423-265-2025

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following persons via the electronic filing system or U.S. Mail, postage prepaid, on this 27th day of June, 2013:

Clarence Risin, Esq.
V. Austin Shaver, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 190613
Nashville, TN  37219

Samuel A. Baron, Esquire
Law Office of Samuel A. Baron
1109 17th Avenue, S
Nashville, TN  37212

2

Metro Atlanta Court Reporting
2992 Main Street West
Suite 205
Snellville, GA  30078

                                          /S/MORGAN G. ADAMS